United States District Court
for the
Southern District of Florida

| | |
|---|---|
| EGI-VSR, LLC, Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 15-20098-Civ-Scola |
| Juan Carlos Celestino Coderch | ) |
| Mitjans, Respondent. | ) |

### Final Judgment

This matter came before the Court upon EGI-VSR, LLC's Petition to Confirm International Arbitral Award ("Petition") (ECF No. 1), and the Court being otherwise fully advised in the premises, with both parties represented by counsel, for the reasons stated in the Court's Omnibus Order on Motion to Quash, Motion to Strike, and Motion to Confirm Arbitration Award (ECF No. 41) entered on June 1, 2018, the Petition is **granted.** Accordingly, it is ordered as follows:

1) The arbitration award in favor of EGI-VSR, LLC and against Juan Carlos Celestino Coderch Mitjans, dated January 13, 2012 ("Final Award") is **confirmed.**
2) Pursuant to the terms of the Final Award, final judgment is entered in favor of EGI-VSR, LLC and against Juan Carlos Celestino Coderch Mitjans, a/k/a Juan Coderch in the United States dollar amount of **$28,700,450.07**.
3) EGI-VSR shall be entitled to post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961, commencing on the date of this Final Judgment.
4) In the event that EGI-VSR secures other judgments enforcing the same Final Award, then any payment in satisfaction in whole or in part of this Final Judgment will constitute payment toward any other enforcing judgment based upon this same award, such that the Petitioner may not recover more in total on account of this Final Judgment and any other enforcing judgments, than the amount of this Final Judgment and applicable post-judgment interest.

**Done and ordered** at Miami, Florida on June 4, 2018.

Robert N. Scola, Jr.
United States District Judge